JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN D. MILLER; JIN SUK PARK; and Does 1-10, <br><br> Defendants. | Case No.: 5:14-CV-01703-MMM-KKx <br><br> **[PROPOSED] JUDGMENT** |

## ORDER

In accordance with the Notice of Acceptance filed by Plaintiff on October 9, 2014 (docket entry #18), it is hereby Ordered that a Judgment in the sum of $5,500 is entered in favor of Plaintiff Chris Langer against defendants Kevin Miller and Jin Suk Park.

Dated: October 30, 2014

_Margaret M. Morrow_
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE